IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE NEBRASKA MEDICAL CENTER, et al.,<br><br>              Plaintiff,<br><br>vs.<br><br>AETNA HEALTH MANAGEMENT,<br><br>              Defendant. | Case No. 8:04cv527<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were M. Degan representing plaintiff and R. Rezac representing the defendant. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **Thursday, July 21, 2005 at 9:30 A.M.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 13th day of June 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge