IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE NEBRASKA MEDICAL CENTER, a Nebraska Non-Profit Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 8:04CV527 |
| vs. | ) ) ) | PROTECTIVE ORDER |
| AETNA HEALTH MANAGEMENT, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

    **IT IS ORDERED** that the parties' Stipulated Motion for Protective Order (#23) is granted, as follows:

    1.    Plaintiff and Defendant have stipulated and agreed that discovery in the above-entitled action may involve production of confidential documents, specifically, medical records and information by The Nebraska Medical Center, and that these documents contain information that is personal and confidential pursuant to the Health Insurance Portability and Accountability Act (HIPAA) of 1996.

    2.    The Nebraska Medical Center's confidential documents and information which are produced pursuant to any discovery procedure shall be considered confidential for purposes of this order and shall be used by the non-producing parties only for the preparation for and conduct of proceedings therein and not for any business or other purpose whatsoever.

    3.    Only the signatories to the Protective Order, associated counsel and staffs, as well as agents or experts retained specifically for the instant litigation may obtain and view The Nebraska Medical Center's confidential documents and information.  If any additional party or parties to this action wish to obtain or view the confidential documents and information at a later date, the party or parties must, by motion, first obtain permission from the court.

    4.   Documents intended to be kept confidential and covered by this Order shall be stamped "Confidential."

    5.   Within thirty (30) days of the conclusion of this action, all originals and reproductions of all documents subject to this Protective Order shall be returned to the producing party upon request, or destroyed by the non-producing party.

**DATED January 18, 2006.**

                                   **BY THE COURT:**

                                   **s/ F.A. Gossett**
                                   **United States Magistrate Judge**