IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE NEBRASKA MEDICAL CENTER, )<br>A Nebraska Non-Profit Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AETNA HEALTH MANAGEMENT, )<br>INC. , a Delaware Corporation, )<br>)<br>Defendant. ) | Case No. 8:04cv527<br><br><br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by counsel for the parties,
**IT IS ORDERED:**

1. On or before **October 23, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for Monday, September 25, 2006, is cancelled upon the representation that this case is settled.

Dated this 22nd day of September 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge