IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE NEBRASKA MEDICAL CENTER, | ) | CASE NO. 8:04CV527 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| AETNA HEALTH MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal with Prejudice (Filing No. 43) is approved, and the relief requested therein is granted;

2. The Amended Complaint (Filing No. 14) and all claims in this matter are dismissed with prejudice;

3. The parties shall pay their own costs; and

4. The parties shall pay their own attorney's fees unless otherwise agreed by and between them.

DATED this 6th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge